IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

JOHN ROD THOMAS,          )
TDCJ #373600,            )
         Plaintiff,     )
                  )     Civil No. 7:12-CV-101-O-BL
v.                    )
                  )
WARDEN OF THE ALLRED UNIT,    )
        Defendant.   )

ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

      After making an independent review of the pleadings, files and records in this case, and of

the Report and Recommendation of the United States Magistrate Judge, I am of the opinion that the

Report and Recommendation of the Magistrate Judge is correct and it is hereby adopted and

incorporated by reference as the Findings of the Court.

      Accordingly, this case is DISMISSED as MOOT.

      SO ORDERED this 29th day of November, 2012.


Reed O'Connor
UNITED STATES DISTRICT JUDGE